INTEGRITY TILE CORPORATION v. MINI–MAX
TRUCKING CO., ET AL. v. PAXTON NATIONAL INSURANCE COM-
PANY, ET AL. and WALNUT ADVISORY CORPORATION.

November 1, 1988.

Petition for certification denied.

THE TOWNSHIP COMMITTEE OF THE TOWNSHIP OF LITTLE
EGG HARBOR v. AMERICAN TELEPHONE &
TELEGRAPH COMPANY.

November 1, 1988.

Petition for certification denied.